UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-CV-21698-JEM

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JANICE HILL
*Plaintiff*

v.  Civil Action No. 14 CV 21 698

MIAMI-DADE SCHOOL BOARD
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MIAMI DADE COUNTY SCHOOL BOARD
1450 N.E. 2nd AVENUE
MIAMI, FLA. 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JANICE HILL
4511 N.W. 5 AVE
MIAMI, FLA 33127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Steven M. Larimore**
*CLERK OF COURT*

Date: 8/18/2014

*Signature of Clerk or Deputy Clerk*